**STATE of Missouri, Respondent,**

v.

**Michael E. HOWARD, Appellant.**

**ED 102102**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: October 20, 2015

Motion for Rehearing and/or Transfer
Denied November 25, 2015

Application for Transfer Denied
March 1, 2016

William J. Ekiss, 7710 Carondelet Avenue, Suite 200, St. Louis, MO 63105, for Appellant.

Chris Koster, Evan J. Buchheim, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

formally denied. *Lane,* 174 S.W.3d at 637. That rule has no application in this equitable

**ORDER**

PER CURIAM.

Michael Howard appeals the judgment entered upon his conviction of one count of driving while intoxicated, one count of driving while revoked, and one count of operating a motor vehicle in a careless and imprudent manner. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).